FILED
08 JAN 24 PM 4:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br>LINDA ADELA ROSALES-ORTEGA (2),<br><br>　　　　Defendant. | Criminal Case No. 08MJ0111<br><br>ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANT (2) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Complaint in Criminal Case No. 08MJ0111 is dismissed as to Defendant LINDA ADELA ROSALES-ORTEGA only, without prejudice.

**IT IF FURTHER ORDERED** that Defendant LINDA ADELA ROSALES-ORTEGA only be released if in custody or that bond be exonerated if bond has been posted.

**SO ORDERED.**

DATED: January 23 2008.

_____
United States Magistrate Judge